**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KEITH THOMPSON                                                                                              PLAINTIFF

v.                                          No. 4:10CV02007 JLH

AIR TRANSPORT INTERNATIONAL
LIMITED LIABILITY COMPANY                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 25th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE